FILED

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

APR 23 2013

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| WAYNE C. EVANS; MADELYN F. EVANS,<br><br>        Petitioners - Appellants,<br><br>v.<br><br>COMMISSIONER OF INTERNAL REVENUE,<br><br>        Respondent - Appellee. | No. 10-73745, 10-73746<br><br>Tax Ct. Nos. 24498-07, 24510-07<br><br>ORDER |

Before:   GOODWIN, WALLACE, and FISHER, Circuit Judges.

The Evans' petition for panel rehearing is denied.

No further filings will be entertained in this closed appeal.