UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

MAY 06 2013

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| WAYNE C. EVANS,<br><br>        Petitioner - Appellant,<br><br>  v.<br><br>COMMISSIONER OF INTERNAL REVENUE,<br><br>        Respondent - Appellee. | No. 10-73745<br><br>Tax Ct. No. 24498-07<br>Commissioner of Internal Revenue<br><br>**MANDATE** |
| MADELYN F. EVANS,<br><br>        Petitioner - Appellant,<br><br>  v.<br><br>COMMISSIONER OF INTERNAL REVENUE,<br><br>        Respondent - Appellee. | No. 10-73746<br><br>Tax Ct. No. 24510-07<br>Commissioner of Internal Revenue |

The judgment of this Court, entered January 02, 2013, takes effect this date.

This constitutes the formal mandate of this Court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

FOR THE COURT:
Molly C. Dwyer
Clerk of Court

Rhonda Roberts
Deputy Clerk